1  LUCIA E. COYOCA (SBN 128314)
   lec@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
4  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiffs
   Mar Vista Entertainment, LLC, The
7  Ninth House LLC, and Ninth Dark LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE LLC, and NINTH DARK LLC<br><br>Plaintiff,<br><br>v.<br><br>THQ NORDIC AB,<br><br>Defendant. | CASE NO. 2:23-cv-06924<br><br>**MAR VISTA ENTERTAINMENT, LLC'S, THE NINTH HOUSE LLC'S, AND NINTH DARK LLC'S CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1** |
|---|---|

Mitchell Silberberg & Knupp LLP

**CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Mar Vista Entertainment, LLC, The Ninth House LLC, and Ninth Dark LLC (collectively, "Plaintiffs"), by and through their undersigned counsel, make the following disclosures:

- Fox Corporation is the ultimate parent corporation of Mar Vista Entertainment, LLC. Fox Corporation is a publicly held corporation. No other publicly held corporation owns 10% or more of the equity of Fox Corporation, which has reported to the Securities and Exchange Commission beneficial ownership of 10% or more of Fox Corporation.
- The Ninth House LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.
- Ninth Dark LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Local Rule 7.1-1, Plaintiffs identify the following parties as having a pecuniary interest in the outcome of this case:

- Mar Vista Entertainment, LLC
- The Ninth House LLC
- Ninth Dark LLC
- QBE North America

DATED: AUGUST 22, 2023

LUCIA E. COYOCA
KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Karin G. Pagnanelli*
Lucia E. Coyoca (SBN 128314)
Karin G. Pagnanelli (SBN 174763)
Attorneys for Plaintiffs
Mar Vista Entertainment, LLC, The Ninth House LLC, and Ninth Dark LLC

Mitchell Silberberg & Knupp LLP

2

**CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**