1    LUCIA E. COYOCA (SBN 128314)
        lec@msk.com
2    KARIN G. PAGNANELLI (SBN 174763)
        kgp@msk.com
3    MITCHELL SILBERBERG & KNUPP LLP
     2049 Century Park East, 18th Floor
4    Los Angeles, CA  90067-3120
     Telephone: (310) 312-2000
5    Facsimile: (310) 312-3100

6    Attorneys for Plaintiffs
     Mar Vista Entertainment, LLC, The
7    Ninth House, LLC and Ninth Dark
     LLC

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11   MAR VISTA ENTERTAINMENT,            CASE NO. 2:23-cv-06924-MEMF-SSC
     LLC, THE NINTH HOUSE LLC and
12   NINTH DARK LLC,                     Judge Maame Ewusi-Mensah Frimpong

13              Plaintiffs,              **PROOF OF SERVICE OF
                                         SUMMONS AND COMPLAINT ON
14         v.                            DEFENDANT THQ NORDIC AB**

15   THQ NORDIC AB,

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

16098303.1

_____
                          **PROOF OF SERVICE**

**TO THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Plaintiffs Mar Vista Entertainment, LLC, The Ninth House, LLC and Ninth Dark LLC (collectively, "Plaintiffs") effectuated service of the Summonses and Complaint on defendant THQ Nordic AB ("THQ").

On November 29, 2023, the initiating documents were deposited for service pursuant to L.R. 4-5 and Fed. R. Civ. P. 4(f) and 4(h) by the Clerk of Court pursuant to Plaintiffs' request. *See* Dkt. No. 14 (Request for Service); Dkt. No. 15 (Notices of Service Pursuant to L.R. 4-5).

On December 4, 2023, Plaintiffs received Proofs of Delivery from FedEx demonstrating THQ's receipt of the initiating documents as served by the Clerk of Court. True and correct copies of the Proofs of Delivery are attached hereto as **Exhibits 1 and 2**. According to the Proofs of Delivery, THQ received the initiating documents on December 4, 2023 at each of the addresses indicated on the Summonses. *See* Dkt. Nos. 9 and 13 (Summonses as to THQ).

On December 11, 2023, the Court issued an Order Granting Request For Service Of Process By Clerk Of Court. *See* Dkt. No. 16 (Order).

DATED: DECEMBER 18, 2023    LUCIA E. COYOCA
KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP


By: */s/ Karin G. Pagnanelli*
Lucia E. Coyoca (SBN 128314)
Karin G. Pagnanelli (SBN 174763)
Attorneys for Plaintiffs
Mar Vista Entertainment, LLC, The
Ninth House LLC, and Ninth Dark LLC

**PROOF OF SERVICE**

# EXHIBIT 1

Exhibit 1
Page 3

**Berkley, James**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, December 4, 2023 4:31 AM |
| **To:** | Melara, Suguey |
| **Subject:** | [EXTERNAL] FedEx Shipment 774270857298: Your package has been delivered |



# Hi. Your package was delivered Mon, 12/04/2023 at 1:24pm.



Delivered to ALVGATAN I, KARLSTAD 1 65225
Received by B.REVLADAN EMBRACER

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 774270857298 |
| **FROM** | USDC CENTRAL DISTRICT OF CALIFORNI
255 EAST TEMPLE STREET
LOS ANGELES, CA, US, 90012 |
| **TO** | THQ NORDIC AB
THQ NORDIC AB
ALVGATAN I
KARLSTAD 1, SE, 65225 |

1

Exhibit 1
Page 4

| | |
|---|---|
| **REFERENCE** | 42001-00065 |
| **SHIPPER REFERENCE** | 42001-00065 |
| **SHIP DATE** | Wed 11/29/2023 04:23 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | LOS ANGELES, CA, US, 90012 |
| **DESTINATION** | KARLSTAD 1, , SE, 65225 |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx International Priority |



## Notifications, from start to finish

Get push notifications when you pair FedEx Delivery Manager® with the FedEx® Mobile app. You can activate alerts in the app to track your package. Then listen for the virtual doorbell chime that lets you know your package was delivered.

**DOWNLOAD THE MOBILE APP**

**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 6:30 AM CST 12/04/2023.

All weights are estimated.

Exhibit 1
Page 5

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

Exhibit 1
Page 6

December 04, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 774270857298

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | B.REVLADAN EMBRACER | Delivery Location: | |
| Service type: | International Priority | | |
| Special Handling: | Deliver Weekday | | KARLSTAD 1, |
| | | Delivery date: | Dec 4, 2023 13:24 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774270857298 | Ship Date: | Nov 29, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| KARLSTAD 1, SE, | LOS ANGELES, CA, US, |

**Reference**          42001-00065

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

Exhibit 1
Page 7

# EXHIBIT 2

Exhibit 2
Page 8

**Berkley, James**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, December 4, 2023 6:39 AM |
| **To:** | Melara, Suguey |
| **Subject:** | [EXTERNAL] FedEx Shipment 774270877933: Your package has been delivered |



# Hi. Your package was delivered Mon, 12/04/2023 at 3:32pm.



Delivered to TULLHUSGATAN 1B, KARLSTAD 0 65209
Received by B.REVLADAM O

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 774270877933 |
| **FROM** | USDC CENTRAL DISTRICT OF CALIFORNI |
| | 255 EAST TEMPLE STREET |
| | LOS ANGELES, CA, US, 90012 |
| **TO** | THQ NORDIC AB |
| | THQ NORDIC AB |
| | TULLHUSGATAN 1B |
| | KARLSTAD 0, SE, 65209 |

1

Exhibit 2
Page 9

| | |
|---|---|
| **REFERENCE** | 42001-00065 |
| **SHIPPER REFERENCE** | 42001-00065 |
| **SHIP DATE** | Wed 11/29/2023 04:23 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | LOS ANGELES, CA, US, 90012 |
| **DESTINATION** | KARLSTAD 0, , SE, 65209 |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx International Priority |



## Notifications, from start to finish

Get push notifications when you pair FedEx Delivery Manager® with the FedEx® Mobile app. You can activate alerts in the app to track your package. Then listen for the virtual doorbell chime that lets you know your package was delivered.

**DOWNLOAD THE MOBILE APP**

**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:39 AM CST 12/04/2023.

All weights are estimated.

Exhibit 2
Page 10

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

Exhibit 2
Page 11

Dear Customer,

The following is the proof-of-delivery for tracking number: 774270877933

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | B.REVLADAM O | Delivery Location: | |
| Service type: | International Priority | | |
| Special Handling: | Deliver Weekday | | KARLSTAD 0, |
| | | Delivery date: | Dec 4, 2023 15:32 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774270877933 | Ship Date: | Nov 29, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| KARLSTAD 0, SE, | LOS ANGELES, CA, US, |

| **Reference** | 42001-00065 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

Exhibit 2
Page 12