JOHN K. LY (SBN 247477)
Email: jly@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone:  (213) 262-8000
Facsimile:   (213) 335-7776

Ben Natter (*pro hac vice* forthcoming)
Email:bnatter@haugpartners.com
Michael Barer (*pro hac vice* forthcoming)
Email:mbarer@haugpartners.com
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0801

*Attorneys for Defendant THQ Nordic AB*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE LLC, and NINTH DARK LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THQ NORDIC AB,<br><br>Defendant. | CASE NO. 2:23-cv-06924<br><br>Assigned for all purposes to the Hon. Maame Ewusi-Mensah Frimpong<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS L.R. 8-3)**<br><br>Complaint served:  Dec. 4, 2023<br><br>Current response date:  Dec. 26, 2023<br><br>New response date:  Jan. 19, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiffs, MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE LLC, and NINTH DARK LLC (collectively, "Plaintiffs"), and Defendant, THQ NORDIC AB ("Defendant"), through their respective counsel of record, as follows:

WHEREAS, Plaintiffs filed their Complaint on August 22, 2023;

WHEREAS, Defendant's deadline to Answer or otherwise respond to the Complaint is December 26, 2023;

WHEREAS, to facilitate potential settlement discussions, the Parties agree pursuant to Local Rule 8-3, to extend Defendant's time to Answer or otherwise respond to the Complaint; and

WHEREAS, this is the Parties first Request for such Extension.

NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE THAT:

1. The deadline for Defendant to file an Answer or otherwise responsive pleading to the Complaint is extended to January 19, 2024.

**IT IS SO STIPULATED AND AGREED.**

Dated: December 26, 2023

By: /s/ Karin Pagnanelli
Lucia E. Coyoca (SBN 128314)
Karin G. Pagnanelli (SBN 174763)

*Attorneys for Plaintiffs*
*Mar Vista Entertainment, LLC, The Ninth House LLC, and Ninth Dark LLC*

By: /s/ John K. Ly
John K. Ly (SBN 247477)
Ben Natter (*pro hac vice* forthcoming)
Michael Barer (*pro hac vice* forthcoming)

*Attorneys for Defendant*
*THQ NORDIC AB*