UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE LLC and NINTH DARK LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THQ NORDIC AB,<br><br>　　　　Defendant. | CASE NO. 2:23-cv-06924-MEMF-SSC<br><br>Judge Maame Ewusi-Mensah Frimpong<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS' MOTION TO DISMISS THE COUNTERCLAIMS AND FOR JUDGMENT ON THE PLEADINGS** |
|---|---|
| THQ NORDIC AB,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE LLC and NINTH DARK LLC,<br><br>　　　　Counterclaim-Defendants. | |

Mitchell Silberberg & Knupp LLP

16247293.1

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

The Court has read and considered all papers and arguments submitted in connection with the Motion of Plaintiffs and Counterclaim-Defendants Mar Vista Entertainment, LLC, The Ninth House, LLC, and Ninth Dark LLC (collectively, "Plaintiffs") to (1) dismiss all of the Counterclaims (Dkt. No. 19) of Defendant and Counterclaim-Plaintiff THQ Nordic AB ("THQ") pursuant to Fed. R. Civ. P. 12(b)(6); and (2) for judgment on the pleadings in favor of Plaintiffs on all of their claims for declaratory relief set forth in the Complaint (Dkt. No. 1) pursuant to Fed. R. Civ. P. 12(c) (the "Motion"). The Court hereby GRANTS Plaintiffs' Motion and orders as follows:

1. All of THQ's Counterclaims are dismissed, in their entirety, pursuant to Fed. R. Civ. P. 12(b)(6), without leave to amend.
2. Judgment on the pleadings is entered in favor of Plaintiffs, pursuant to Fed. R. Civ. P. 12(c), on all of Plaintiffs' claims for declaratory relief set forth in the Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2024

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge