# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| Case No. | 2:23-cv-06924-MEMF-SKx | Date | June 6, 2024 |
|---|---|---|---|
| Title | Mar Vista Entertainment, LLC, et al. v. THQ Nordic AB | Page | 1 of 1 |

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Damon Berry | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Karin G. Pagnanelli | Michael Barer |

**Proceedings: PLAINTIFF'S MOTION TO DISMISS [30]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**

:30
CV-90    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk: DBE