UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE LLC and NINTH DARK LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>THQ NORDIC AB,<br><br>    Defendant. | CASE NO. 2:23-cv-06924-MEMF-SSC<br><br>Judge Maame Ewusi-Mensah Frimpong<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS' MOTION FOR 28 U.S.C. § 1292(b) CERTIFICATION AND STAY PENDING APPEAL [DKT. NO. 60]** |
|---|---|
| THQ NORDIC AB,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE LLC and NINTH DARK LLC,<br><br>    Counterclaim-Defendants. | |

**[PROPOSED] ORDER**

Mitchell Silberberg & Knupp LLP

20033727.1

# [PROPOSED] ORDER

On August 5, 2024, Plaintiffs and Counterclaim-Defendants Mar Vista Entertainment, LLC, The Ninth House, LLC, and Ninth Dark LLC (collectively, "Mar Vista") filed a Motion for (1) certification of the Court's Order dated July 8, 2024 (Dkt. No. 55) ("Order") for interlocutory appeal pursuant to 28 U.S.C. § 1292(b); and (2) a stay of further proceedings in this matter pending resolution of the interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and the Court's inherent authority (the "Motion").

The Court, having considered Mar Vista's Motion and finding good cause therefor, hereby GRANTS the Motion and Orders as follows:

1. The Order is certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).
2. All further proceedings in this matter are stayed pending resolution of the interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and the Court's inherent authority.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge