1  LUCIA E. COYOCA (SBN 128314)
     lec@msk.com
2  KARIN G. PAGNANELLI (SBN 174763)
     kgp@msk.com
3  ALEXANDRA L. ANFUSO (SBN 333440)
     ala@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
5  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  MARISSA B. LEWIS (*pro hac vice*)
     mbl@msk.com
8  MITCHELL SILBERBERG & KNUPP LLP
   437 Madison Ave., 25th Floor
9  New York, NY 10022
   Telephone: (212) 509-3900
10 Facsimile: (212) 509-7239

11 Attorneys for Plaintiffs and Counterclaim-
   Defendants Mar Vista Entertainment, LLC,
12 The Ninth House, LLC and Ninth Dark LLC

13                UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15 MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE, LLC, and | CASE NO. 2:23-cv-06924-MEMF-SKx |
| 16 NINTH DARK LLC, | Judge Maame Ewusi-Mensah Frimpong |
| 17           Plaintiffs, | **AMENDED JOINT STIPULATION TO RESET SUMMARY** |
| 18      v. | **JUDGMENT HEARING AND BRIEFING SCHEDULE AND** |
| 19 THQ NORDIC AB, | **CONTINUE SUBSEQUENT DEADLINES SET FORTH IN** |
| 20           Defendant. | **CIVIL TRIAL ORDER (DKT. NO.** |
| 21 THQ NORDIC AB, | **83)** |
| 22           Counterclaim-Plaintiff, | [Declaration of Karin G. Pagnanelli; (Proposed)] Order filed concurrently |
| 23      v. | herewith] |
| 24 MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE, LLC, and | |
| 25 NINTH DARK LLC, | |
| 26           Counterclaim-Defendants. | |
| 27 | |

Mitchell
Silberberg &
Knupp LLP    28

21241514.4

---

**AMENDED JOINT STIPULATION TO RESET SUMMARY JUDGMENT HEARING AND BRIEFING
SCHEDULE AND CONTINUE SUBSEQUENT DEADLINES SET FORTH IN CIVIL TRIAL ORDER**

Plaintiff/Counterclaim-Defendants Mar Vista Entertainment, LLC, The Ninth House, LLC, and Ninth Dark LLC (collectively, "Mar Vista") and Defendant/Counterclaim-Plaintiff THQ Nordic AB ("THQ" and, together with Mar Vista, the "Parties"), by and through their respective counsel of record, following a good faith meeting and conference in compliance with Local Rule 7-3, hereby enter into this Amended Joint Stipulation to Reset Summary Judgment Hearing and Briefing Schedule and Continue Subsequent Deadlines Set Forth in Civil Trial Order (Dkt. No. 83) based on the following facts:

1.      On July 16, 2024, the Parties filed their Joint Notice of Filing Corrected Joint Rule 26(f) Report Worksheet, attaching a joint worksheet of proposed deadlines (the "Joint Worksheet").  *See* Dkt. Nos. 57-58.

2.      On February 28, 2025, the Parties filed a Joint Stipulation to continue the proposed dates in the prior-filed Joint Worksheet, which the Court had not yet entered at that time.  *See* Dkt. No. 79.

3.      On April 7, 2025, the Court issued a Civil Trial Order, which, for the first time, set forth a schedule of trial and related deadlines.  *See* Dkt. No. 83 at 3.

4.      On November 6, 2025, the Parties filed an original Joint Stipulation to Reset Summary Judgment Hearing and Briefing Schedule, which agreed to the same deadlines set forth herein.  Dkt. No. 87.  The Parties submit this Amended Joint Stipulation to provide additional detail as to good cause for their agreed briefing schedule.  The original Joint Stipulation (Dkt. No. 87), which remains pending, may now be disregarded as superseded.

5.      Pursuant to the Civil Trial Order, the last date to hear motions is **February 12, 2026**.  *See* Dkt. No. 83 at 3.  The Parties have reserved this date (*i.e.*, February 12, 2026) with the Courtroom Deputy Clerk for a hearing on their anticipated motions for summary judgment.  Accordingly, pursuant to the Court's

Mitchell Silberberg & Knupp LLP

21241514.4

2

**AMENDED JOINT STIPULATION TO RESET SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE AND CONTINUE SUBSEQUENT DEADLINES SET FORTH IN CIVIL TRIAL ORDER**

Civil Standing Order, the default briefing schedule on the Parties' anticipated motions for summary judgment is as follows:

> **December 11, 2025:**   Last day to file summary judgment motions
>
> **December 25, 2025:**   Last day to file oppositions
>
> **January 1, 2026:**   Last day to file replies

6. The Parties have met and conferred regarding the current hearing date and briefing schedule, in compliance with Local Rule 7-3, and agree that good cause for an adjustment exists to avoid deadlines falling on or near major holidays, when the parties and counsel will be out of the office, and when support staff availability is extremely limited. Specifically, key personnel for Mar Vista have pre-existing obligations. Likewise, key contacts at THQ have very limited availability from December 24, 2025 to January 7, 2026.

7. The parties will be prejudiced if they are required to prepare their Opposition and Reply briefs and create the various charts of evidence during the period when outside counsel will have difficulty communicating with key personnel and support staff.

8. In addition, two members of Mar Vista' outside legal team are on maternity leave during this period. Specifically, partner Marissa Lewis has been on leave since November 10, 2025, and associate Rebecca Benyamin has been on leave since October 20, 2025. This has required new attorneys to join the team. Mar Vista's attorneys have diligently worked to get the new members of the team up to speed. However, the new attorneys were not present for any of the depositions or discovery in the case, and thus will be prejudiced if they do not have additional time to digest the facts in preparation of the summary judgment briefing.

9. As a result of the foregoing, the Parties have agreed to request that the Court continue the hearing on their anticipated motions for summary judgment to **March 26, 2026** and permit the following modified briefing schedule, which is

Mitchell
Silberberg &
Knupp LLP

21241514.4

3

**AMENDED JOINT STIPULATION TO RESET SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE AND CONTINUE SUBSEQUENT DEADLINES SET FORTH IN CIVIL TRIAL ORDER**

reasonable for all parties and provides the Court more than forty-two (42) days between the reply deadline and the hearing date, pursuant to the Court's Civil Standing Order (Dkt. No. 10):

**December 18, 2025:**    Motions for summary judgment due

**January 13, 2026:**    Oppositions due

**February 6, 2026:**    Replies due

10.    Pursuant to the Court's Civil Standing Order, on November 20, 2025, Counsel for Mar Vista emailed the Courtroom Deputy to reserve a March 26, 2026 hearing date for the Parties' anticipated Motions for Summary Judgment, in accordance with the proposed schedule.

11.    Additionally, in order to allow sufficient time between the hearing on their anticipated motions for summary judgment and trial, the Parties further agree that all subsequent deadlines in the Civil Trial Order should be adjusted accordingly. Specifically, the Parties have agreed to request that the Court continue the deadlines set forth in the Civil Trial Order as follows:

| Deadline | Civil Trial Order | Proposed Date |
|---|---|---|
| Deadline to Complete Settlement Conference | March 2, 2026 | April 9, 2026 |
| Trial Filings (first round) | April 6, 2026 | May 26, 2026 |
| Trial Filings (second round) | April 20, 2026 | June 9, 2026 |
| Final Pretrial Conference, Hearings on Motions in Limine | May 6, 2026 | June 26, 2026 |
| Trial Begins | May 26, 2026 | July 13, 2026 |

12.    This is the Parties' first request for a continuance of the deadlines set forth in the Civil Trial Order.[1]

---

[1] As noted above, the Parties made the same request in their original Joint Stipulation to Reset Summary Judgment Hearing and Briefing Schedule (Dkt. No. 87).

Mitchell
Silberberg &
Knupp LLP

21241514.4

4

**AMENDED JOINT STIPULATION TO RESET SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE AND CONTINUE SUBSEQUENT DEADLINES SET FORTH IN CIVIL TRIAL ORDER**

NOW THEREFORE, the Parties hereby stipulate and agree, subject to Court approval, to the proposed dates set forth above and in the accompanying Proposed Order.

DATED: December 2, 2025

LUCIA E. COYOCA
KARIN G. PAGNANELLI
MARISSA B. LEWIS
MITCHELL SILBERBERG & KNUPP LLP

By:    */s/   Alexandra L. Anfuso*
  Alexandra L. Anfuso (SBN 333440)
  Karin G. Pagnanelli (SBN 174763)
  Lucia E. Coyoca (SBN 128314)
  Marissa B. Lewis (*pro hac vice*)
  Attorneys for Plaintiffs and
  Counterclaim-Defendants
  Mar Vista Entertainment, LLC, The
  Ninth House LLC, and Ninth Dark LLC

DATED: December 2, 2025

JOHN K. LY
LIANG LY LLP

BEN NATTER
MICHAEL BARER
HAUG PARTNERS LLP

By: */s/  Michael Barer*
  John K. Ly (SBN 247477)
  Ben Natter (*pro hac vice*)
  Michael Barer (*pro hac vice*)
  Attorneys for Defendants and Counter-
  Claimant
  THQ Nordic AB

## **Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Alexandra L. Anfuso, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  December 2, 2025

  */s/ Alexandra L. Anfuso*
  Alexandra L. Anfuso