UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE, LLC, and NINTH DARK LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THQ NORDIC AB,<br><br>　　　　Defendant.<br><br>THQ NORDIC AB,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE, LLC, and NINTH DARK LLC,<br><br>　　　　Counterclaim-Defendants. | CASE NO. 2:23-cv-06924-MEMF-SKx<br><br>Judge Maame Ewusi-Mensah Frimpong<br><br>**ORDER GRANTING AS MODIFIED AMENDED JOINT STIPULATION TO RESET SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE AND CONTINUE SUBSEQUENT DEADLINES SET FORTH IN CIVIL TRIAL ORDER [DKT. NO. 88]** |

**ORDER GRANTING JOINT STIPULATION TO RESET SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE AND CONTINUE SUBSEQUENT DEADLINES**

# Order

The Court is in receipt of the Amended Joint Stipulation, Dkt. No. 88, as well as the attached Declaration of Karin G. Panginelli, Dkt. No. 88-1.

Finding good cause therefor, the Court hereby DENIES AS MOOT the Joint Stipulation, Dkt. No. 87, GRANTS IN PART the Amended Joint Stipulation, and ORDERS that the Civil Trial Order is amended as follows:

| | |
|---|---|
| December 18, 2025: | Motions for summary judgment due |
| January 13, 2026: | Oppositions due |
| February 6, 2026: | Replies due |
| March 26, 2026: | Hearing on motions for summary judgment |
| April 9, 2026: | Deadline to complete settlement conference |
| May 26, 2026: | Trial filings (first round) |
| June 9, 2026: | Trial filings (second round) |
| June 24, 2026:[1] | Final Pretrial Conference, Hearings on Motions in Limine |
| July 13, 2026: | Trial Begins |

**IT IS SO ORDERED.**

DATED: December 5, 2025

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

---

[1] The parties requested June 26, 2026. This Court's practice is to schedule Final Pretrial Conferences on Wednesdays at 9:00 AM.