PHILLIP R. MALONE (SBN 163969)
pmalone@law.stanford.edu
JUELSGAARD INTELLECTUAL PROPERTY
AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-1900

MARK A. LEMLEY (SBN 155830)
mlemley@law.stanford.edu
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 723-4605

*Attorneys for Amici Curiae Intellectual Property Law Professors*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE, LLC, and NINTH DARK LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THQ NORDIQ AB,<br><br>Defendant. | Case No. 2:23-cv-06924-MEMF-SK<br><br>**DECLARATION OF MARK A. LEMLEY IN SUPPORT OF MOTION OF AMICI CURIAE FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Date:  March 26, 2026<br>Time:  10:00 a.m.<br>Courtroom:  8B<br>Judge:  Hon. Maame Ewusi-Mensah Frimpong |
| THQ NORDIC AB,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE, LLC, and NINTH DARK LLC,<br><br>Counterclaim-Defendants. | |

DECLARATION OF MARK A. LEMLEY

I, Mark A. Lemley, declare the following to be true under penalty of perjury:

1. I am an attorney duly licensed to practice law in the State of California. I am co-counsel for and the author (along with other academic colleagues) of the proposed amicus brief of intellectual property scholars we seek to file in this case. I know all of the following of my own personal knowledge.

2. No one other than counsel and the signatories to that brief has written any part of or made any financial contribution to the drafting of the brief or motion.

3. Plaintiffs have consented to the filing of this brief. Defendants declined to consent.

4. I contacted counsel for Defendant, Michael Barer of Haug Partners, before filing this motion. I first emailed Mr. Barer to seek consent on January 28, 2026, more than seven days before the filing of amici's motion for leave. He refused to consent without meeting and conferring. I then sent Mr. Barer a copy of the draft of the proposed amicus brief, but he insisted on reviewing it before being willing to talk with me. Only after I insisted on a meet and confer did he agree to talk with me. Mr. Barer declined to consent because he said Defendant did not have sufficient time to respond to the brief. After the meet and confer conversation was concluded, Mr. Barer raised for the first time by email on February 4 an objection he had not raised in the meet and confer, that under Local Rule 7-3 the meet and confer had not taken place at least seven days prior to the filing of the motion.

Executed on this 4th day of February, 2026 in Stanford, California.

*/s/ Mark A. Lemley*
Mark A. Lemley (SBN 155830)

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I caused the foregoing **DECLARATION OF MARK A. LEMLEY** to be served by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

DATE: February 6, 2026

JUELSGAARD INTELLECTUAL PROPERTY AND INNOVATION CLINIC

*/s/ Phillip R. Malone*
Phillip R. Malone

Mark A. Lemley

*Attorneys for Amici Curiae IP Professors*