# Exhibit A

**Barer, Michael**

| | |
|---|---|
| **From:** | Barer, Michael |
| **Sent:** | Wednesday, February 4, 2026 4:58 PM |
| **To:** | 'mlemley@law.stanford.edu'; Phil Malone |
| **Cc:** | Natter, Ben; John Ly; Gosselin, Christopher |
| **Subject:** | RE: amicus brief in Mar Vista v THQ; Haug Ref. No. A701-4 [HAUG-ACTIVE.FID143587] |

Mark:

The characterizations in your email are not accurate, and this email chain speaks for itself.

Regards,

Michael Barer
Counsel
Trademark Team

**Haug Partners LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1 212.588.0800 Main
+1 212.863.2604 Direct

mbarer@haugpartners.com
www.haugpartners.com

---

**From:** mlemley@law.stanford.edu <mlemley@law.stanford.edu>
**Sent:** Wednesday, February 4, 2026 4:27 PM
**To:** Barer, Michael <mbarer@haugpartners.com>; Phil Malone <pmalone@law.stanford.edu>
**Cc:** Natter, Ben <BNatter@haugpartners.com>; John Ly <jly@lianglyllp.com>; Gosselin, Christopher <CGosselin@haugpartners.com>
**Subject:** Re: amicus brief in Mar Vista v THQ; Haug Ref. No. A701-4 [HAUG-ACTIVE.FID143587]

**This Message originated outside your organization.**

---

I contacted you on January 28. You flatly refused to consent without meeting and conferring. It was only after I insisted on a meet and confer that you agreed to talk with me. I also sent you the brief in advance as a gesture of goodwill, and you insisted on reviewing it before being willing to talk with me. Your delay does not somehow put us out of compliance with the rule. And I will note that you did NOT raise that objection at our meet and confer. Nonetheless, we can recount this new objection in the motion, if you wish, along with an account of our interactions.

Mark A. Lemley
William H Neukom Professor, Stanford Law School
Partner, Lex Lumina LLP

> On Feb 4, 2026, at 11:19 AM, Barer, Michael <mbarer@haugpartners.com> wrote:

Hi Mark:

As discussed at the meet and confer today, we object to the filing of the amicus brief since we will not have a meaningful opportunity to respond.

We likewise object to the filing of the brief this Friday because Local Rule 7-3 requires that the meet and confer take place at least seven days prior to the filing of the motion.

Regards,

Michael Barer
Counsel
Trademark Team

**Haug Partners LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1 212.588.0800 Main
+1 212.863.2604 Direct

mbarer@haugpartners.com
www.haugpartners.com

---

**From:** Barer, Michael
**Sent:** Tuesday, February 3, 2026 4:33 PM
**To:** 'Mark Lemley' <mlemley@law.stanford.edu>
**Cc:** Natter, Ben <BNatter@haugpartners.com>; John Ly <jly@lianglyllp.com>; Gosselin, Christopher <CGosselin@haugpartners.com>
**Subject:** RE: amicus brief in Mar Vista v THQ; Haug Ref. No. A701-4 [HAUG-ACTIVE.FID143587]

Hi Mark:

We just sent you a meeting invite.

Regards,

Michael Barer
Counsel
Trademark Team

**Haug Partners LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1 212.588.0800 Main
+1 212.863.2604 Direct

mbarer@haugpartners.com
www.haugpartners.com

---

**From:** Mark Lemley <mlemley@law.stanford.edu>
**Sent:** Tuesday, February 3, 2026 1:59 PM
**To:** Barer, Michael <mbarer@haugpartners.com>
**Cc:** Natter, Ben <BNatter@haugpartners.com>; John Ly <jly@lianglyllp.com>; Gosselin, Christopher

2

<CGosselin@haugpartners.com>
**Subject:** Re: amicus brief in Mar Vista v THQ; Haug Ref. No. A701-4 [HAUG-ACTIVE.FID143587]

**This Message originated outside your organization.**

11 am pacific?

Mark

Mark A. Lemley (he/him)
William H. Neukom Professor, Stanford Law School
Director, Stanford Program in Law, Science, and Technology
Senior Fellow, Stanford Institute for Economic Policy Research
Affiliated Professor, Stanford Symbolic Systems Program
Partner, Lex Lumina LLP
co-founder, Lex Machina Inc.
mlemley@law.stanford.edu or mlemley@lex-lumina.com

If this email were legal advice, it would be followed by a bill.


On Tue, Feb 3, 2026 at 10:58 AM Barer, Michael <mbarer@haugpartners.com> wrote:

> Mark:
>
> Thank you. We will review and can be available for a meet and confer tomorrow morning, if that works for you.
>
> Regards,
>
> Michael Barer
>
> Counsel
>
> Trademark Team
>
>
> **Haug Partners LLP**
>
> 745 Fifth Avenue, 10th Floor
>
> New York, NY 10151
>
> +1 212.588.0800 Main
>
> +1 212.863.2604 Direct
>
>
> mbarer@haugpartners.com

www.haugpartners.com

**From:** Mark Lemley <mlemley@law.stanford.edu>
**Sent:** Tuesday, February 3, 2026 11:51 AM
**To:** Barer, Michael <mbarer@haugpartners.com>
**Cc:** Natter, Ben <BNatter@haugpartners.com>; John Ly <jly@lianglyllp.com>; Gosselin, Christopher <CGosselin@haugpartners.com>
**Subject:** Re: amicus brief in Mar Vista v THQ; Haug Ref. No. A701-4 [HAUG-ACTIVE.FID143587]

**This Message originated outside your organization.**

Attached.

Mark

Mark A. Lemley (he/him)
William H. Neukom Professor, Stanford Law School
Director, Stanford Program in Law, Science, and Technology

Senior Fellow, Stanford Institute for Economic Policy Research

Affiliated Professor, Stanford Symbolic Systems Program
Partner, Lex Lumina LLP

co-founder, Lex Machina Inc.
mlemley@law.stanford.edu or mlemley@lex-lumina.com

If this email were legal advice, it would be followed by a bill.

On Tue, Feb 3, 2026 at 8:42 AM Barer, Michael <mbarer@haugpartners.com> wrote:

> Mark:

As you offered, please send us the draft of the brief so we can review the basis of the motion in advance of the meet and confer.

Regards,

Michael Barer

Counsel

Trademark Team

**Haug Partners LLP**

745 Fifth Avenue, 10th Floor

New York, NY 10151

+1 212.588.0800 Main

+1 212.863.2604 Direct

mbarer@haugpartners.com

www.haugpartners.com

**From:** Mark Lemley <mlemley@law.stanford.edu>
**Sent:** Tuesday, February 3, 2026 11:23 AM
**To:** Barer, Michael <mbarer@haugpartners.com>
**Subject:** Re: amicus brief in Mar Vista v THQ; Haug Ref. No. A701-4 [HAUG-ACTIVE.FID143587]

**This Message originated outside your organization.**

I am free to talk this morning. 510-915-4882

> Mark
>
> Mark A. Lemley (he/him)
> William H. Neukom Professor, Stanford Law School
> Director, Stanford Program in Law, Science, and Technology
>
> Senior Fellow, Stanford Institute for Economic Policy Research
>
> Affiliated Professor, Stanford Symbolic Systems Program
> Partner, Lex Lumina LLP
>
> co-founder, Lex Machina Inc.
> mlemley@law.stanford.edu or mlemley@lex-lumina.com
>
>
> If this email were legal advice, it would be followed by a bill.
>
>
>
> On Tue, Feb 3, 2026 at 8:21 AM Barer, Michael <mbarer@haugpartners.com> wrote:
>
>> Mark:
>>
>>
>> We are well past the stage of the briefing schedule in which we would have had a meaningful opportunity to respond to your proposed amicus brief.
>>
>>
>> We are available to meet and confer.
>>
>>
>> Regards,
>>
>>
>> Michael Barer
>>
>> Counsel
>>
>> Trademark Team
>>
>>
>> **Haug Partners LLP**
>>
>> 745 Fifth Avenue, 10th Floor

New York, NY 10151

+1 212.588.0800 Main

+1 212.863.2604 Direct


mbarer@haugpartners.com

www.haugpartners.com


**From:** Mark Lemley <mlemley@law.stanford.edu>
**Sent:** Sunday, February 1, 2026 5:44 PM
**To:** Barer, Michael <mbarer@haugpartners.com>
**Cc:** Gosselin, Christopher <CGosselin@haugpartners.com>; Rebecca Tushnet <rtushnet@law.harvard.edu>; Stacey Dogan <sdogan@bu.edu>; McKenna, Mark <mckenna@law.ucla.edu>; Natter, Ben <BNatter@haugpartners.com>; John Ly <jly@lianglyllp.com>
**Subject:** Re: amicus brief in Mar Vista v THQ; Haug Ref. No. A701-4 [HAUG-ACTIVE.FID143587]


**This Message originated outside your organization.**


Thanks for your message. Can I ask why not? I am available at your convenience to discuss this pursuant to Rule 7-3.


If it would help, we have a draft of the brief and we would be willing to share it in advance of your filing deadline so you have a chance to respond. I know there is an unusual briefing schedule in this case.


Thanks

Mark

Mark A. Lemley (he/him)
William H. Neukom Professor, Stanford Law School
Director, Stanford Program in Law, Science, and Technology

Senior Fellow, Stanford Institute for Economic Policy Research

Affiliated Professor, Stanford Symbolic Systems Program

Partner, Lex Lumina LLP

co-founder, Lex Machina Inc.

mlemley@law.stanford.edu or mlemley@lex-lumina.com

If this email were legal advice, it would be followed by a bill.

On Fri, Jan 30, 2026 at 9:54 AM Barer, Michael <mbarer@haugpartners.com> wrote:

> Hi Mark:
>
> We do not consent.
>
> Regards,
>
> Michael Barer
>
> Counsel
>
> Trademark Team
>
> **Haug Partners LLP**
>
> 745 Fifth Avenue, 10th Floor
>
> New York, NY 10151
>
> +1 212.588.0800 Main
>
> +1 212.863.2604 Direct
>
> mbarer@haugpartners.com

www.haugpartners.com

**From:** Mark Lemley <mlemley@law.stanford.edu>
**Sent:** Wednesday, January 28, 2026 10:39 AM
**To:** Barer, Michael <mbarer@haugpartners.com>; Gosselin, Christopher <cgosselin@haugpartners.com>
**Cc:** Rebecca Tushnet <rtushnet@law.harvard.edu>; Stacey Dogan <sdogan@bu.edu>; McKenna, Mark <mckenna@law.ucla.edu>
**Subject:** Fwd: amicus brief in Mar Vista v THQ

**This Message originated outside your organization.**

We intend to file an amicus brief on behalf of a group of academics in support of Mar Vista's motion for summary judgment. Please let us know whether you will consent to the filing of the brief.

Thanks

Mark

Mark A. Lemley (he/him)
William H. Neukom Professor, Stanford Law School
Director, Stanford Program in Law, Science, and Technology

Senior Fellow, Stanford Institute for Economic Policy Research

Affiliated Professor, Stanford Symbolic Systems Program
Partner, Lex Lumina LLP

co-founder, Lex Machina Inc.
mlemley@law.stanford.edu or mlemley@lex-lumina.com

If this email were legal advice, it would be followed by a bill.

9

This email originates from Haug Partners LLP. It is intended only for the addressee(s) named herein, and may contain confidential and/or legally privileged information. The dissemination, distribution, or copying of this email by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you received this message in error, please promptly notify us at firm@haugpartners.com or (212) 588-0800.