1  Q

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE LLC and NINTH DARK LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>THQ NORDIC AB,<br><br>    Defendant.<br>_____<br>THQ NORDIC AB,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE LLC and NINTH DARK LLC,<br><br>    Counterclaim-Defendants. | CASE NO. 2:23-cv-06924-MEMF-SSC<br><br>Judge Maame Ewusi-Mensah Frimpong<br><br>**ORDER GRANTING APPLICATION OF PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS FOR LEAVE TO FILE CERTAIN DOCUMENTS RELATING TO THE MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF KATHRYN ARNOLD UNDER SEAL [DKT. NO. 101]** |
|---|---|

**ORDER**

# ORDER

On February 6, 2026, Plaintiffs and Counter-Claim Defendants Mar Vista Entertainment, LLC, The Ninth House, LLC, and Ninth Dark LLC's (collectively "Plaintiffs") filed their Application for Leave to File Certain Documents Under Seal in connection with their Motion to Exclude Expert Report and Testimony of Kathryn Arnold (the "Application").

The Court, having considered Plaintiffs' Application and finding good cause therefor, hereby **GRANTS** the Application and **ORDERS** as follows:

The following documents shall be filed under seal pursuant to Local Rule 79-5.2.2(b):

| Document | Portions to be Sealed |
|---|---|
| Memorandum of Points and Authorities | Highlighted excerpts |
| Exhibit 1 to Declaration of Robert H. Rotstein ("Rotstein Declaration") | Highlighted excerpts |
| Exhibit 2 to Rotstein Declaration | Highlighted excerpts |
| Exhibit 6 to Rotstein Declaration | Entire Document |
| Rebuttal Expert Report of Sarah Butler (Exhibit A to Declaration of Sarah Butler) | Highlighted excerpts |
| Rebuttal Expert Report of Dale Nelson (Exhibit A to Declaration of Dale Nelson) | Highlighted excerpts |
| Rebuttal Expert Report of Todd Leavitt (Exhibit A to Declaration of Todd Leavitt) | Highlighted excerpts |

IT IS SO ORDERED.

DATED: February 25, 2026

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge