UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE, LLC, and NINTH DARK LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THQ NORDIC AB,<br><br>　　　　Defendant.<br><br>THQ NORDIC AB,<br><br>　　　　Counter-Complainant,<br><br>　　v.<br><br>MAR VISTA ENTERTAINMENT, LLC, THE NINTH HOUSE, LLC, and NINTH DARK LLC,<br><br>　　　　Counterclaim-Defendants. | CASE NO. 2:23-cv-06924-MEMF-SKx<br><br>Judge Maame Ewusi-Mensah Frimpong<br><br>**ORDER GRANTING JOINT STIPULATION RE MARCH 26, 2026 HEARING DATE [DKT. NO. 137]** |

On March 10, 2026, Defendant/Counter-Complainant THQ Nordic AB ("THQ") and Plaintiff/Counterclaim-Defendants Mar Vista Entertainment, LLC, The Ninth House, LLC, and Ninth Dark LLC (collectively, "Mar Vista" and, together with Mar Vista, the "Parties") submitted a Joint Stipulation re March 26, 2026 Hearing Date. Dkt. No. 137.

**ORDER**

The Court having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. The hearing date associated with Plaintiffs' Motion to Exclude the Expert Report and Testimony of THQ's expert Kathryn Arnold (Dkt. No. 103), will be rescheduled to coincide with the hearing on the parties' combined summary judgment motion, on May 28, 2026.

2. The hearing date associated with the Motion for Leave to File an Amicus Brief (Dkt No. 95) will be rescheduled to coincide with the hearing on the parties' combined summary judgment motion, on May 28, 2026.

IT IS SO ORDERED.

DATED: MARCH 13, 2026

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge